IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| GRANITE PEAK FABRICATION, LLC<br>    *Plaintiff*<br>v.<br><br>DIAMONDBACK E&P, LLC<br>    *Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 7:23-cv-00171 |

# PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff Granite Peak Fabrication, LLC (GPF) files this Original Complaint against Defendant Diamondback E&P, LLC (Diamondback) seeking damages, and in support thereof, states as follows:

## Nature and Statutory Bases of Actions

1. GPF files this action for breach of contract to collect on unpaid invoices submitted to Diamondback.

2. Diamondback has breached its obligations under a Master Service Contract dated January 22, 2022.

3. Diamondback has failed to pay the full amount of the invoices.

4. GPF has demanded payment of the balance due, but Diamondback has failed to pay the outstanding balance due, resulting in monetary damages to GPF.

## The Parties

5. Plaintiff GPF is a foreign limited liability company formed under the laws of the State of Wyoming and whose principal office is at 1300 Venture Way Ste 200, Casper, Wyoming 82609 and is registered to do business in Texas.

6. Defendant Diamondback is a Delaware limited liability company with its

principal place of business at 900 NW 63rd Street, Suite 200, Oklahoma City, Oklahoma 73116-7640. Defendant may be served with process by serving its registered agent in the state of Texas, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, TX 78701-3218.

### Jurisdiction and Venue

7. This court has subject matter jurisdiction over the instant matter because the parties contractually agreed to such jurisdiction, the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and pursuant to 28 U.S.C. §1332(a)(2), the dispute is between citizens of foreign states giving rise to diversity jurisdiction.

8. Venue is proper in the Western District of Texas, Midland-Odessa Division, because the contract made the basis of the claim fixes venue in this venue by agreement and, pursuant to 28 U.S.C. §1391, a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

### Factual Background

9. GPF is a manufacturing company that engineers and fabricates equipment for use in the production of oil and gas to its customers' unique specifications.

10. GPF started doing work for its customer Diamondback in 2021. In January of 2022, GPF and Diamondback entered into a Master Services Agreement (MSA) signed by both parties.

11. The parties agreed that the services performed and the goods delivered by GPF under the MSA would be defined by separate work orders or purchase orders, either verbal or written, and that the MSA was incorporated in full in every order.

12. Diamondback reserved the right to terminate work being performed by GPF, but

agreed that GPF would receive its normal compensation pursuant to the MSA prorated to the actual hour of termination for services completed and goods delivered.

13. In August of 2022, Diamondback notified GPF that it had been awarded a bid for a project to manufacture pressure vessels for Diamondback in 2023. Over the following months, Diamondback provided written and verbal orders such that GPF scaled up manufacturing at its facility in Midland and ordered raw materials to meet Diamondback's needs based on written forecasts.

14. On April 19, 2023, Diamondback issued a written notice that it was terminating its 2023 pressure vessel order. In the notice, Diamondback promised to purchase the items listed on the attached Diamondback's forecasts.

15. In accordance with the MSA, GPF issued invoices to Diamondback for five different categories of services completed and goods delivered totaling over $6.8 million. Diamondback responded disputing some charges and agreeing to pay others. Despite multiple attempts to resolve the alleged disputes, Diamondback has ceased all communication with GPF and failed to pay the outstanding balances.

16. In October 2023, counsel for GPF sent notice of the amount due. After GPF's reasonable efforts to mitigate its damages and applying any offsets and credits, the notice included revised Invoices 042023B and 042023E totaling $3,523,588.54. Diamondback has failed to pay the amounts due.

## Count I – Breach of Contract

17. A contract exists between Diamondback and GPF which includes the MSA and all written and verbal orders under that MSA. Diamondback elected to exercise its right to terminate all or some of those orders, but GPF is contractually entitled to receive its normal

compensation prorated to the actual hour of termination for services completed and goods delivered.

18. Diamondback has failed to pay those amounts, constituting a breach of the contract. Diamondback's failure to pay all amounts due under the contracts has resulted in damages to GPF in the principal amount of $3,523,588.54, exclusive of costs and fees.

19. GPF has demanded payment of the balance due pursuant to the MSA.

20. To date, Diamondback has failed to make payment of the balance due to GPF. Plaintiff therefore respectfully prays for judgment against Defendant for (a) Damages in the full amount of the outstanding balance due, together with past due charges, prejudgment interest, costs and attorneys' fees; and (b) Such other and further relief that is just and proper.

### Count II – Suit on Sworn Account

21. Plaintiff re-alleges and incorporates by reference herein the allegations contained in the preceding paragraphs of this Complaint.

22. GPF and Diamondback are parties to the MSA whereby Diamondback agreed to compensate GPF in the event of a termination of services and goods ordered.

23. There remains the principal amount of $3,523,588.54, due and owing under Invoice 042023B (REV 1) and Invoice 042023E (REV 1).

24. GPF has repeatedly demanded payment on the balance due on its book account.

25. By the attached declaration, GPF verifies that after all credits and offset, the just amount currently due on the account, charged were in accordance with the agreement of the parties, is $3,523,588.54, which represents its normal compensation prorated to the actual hour of termination for services completed and goods delivered.

26. Plaintiff therefore demands judgment against Defendant for (A) Damages in the

full amount of the outstanding balance due on this book account, together with prejudgment interest, costs and attorneys' fees; and (B) such other and further relief that is just and proper.

## Attorney's Fees

27. As a result of Defendants' act or omissions, and refusal to pay, GPF has been forced to retain counsel, incur fees, and file suit.

28. GPF therefore seeks recovery of its cost and reasonable attorney's fees under the terms of the MSA and applicable state and federal law.

## Prayer

WHEREFORE, Plaintiff Granite Peak Fabrication, LLC prays for judgment against Defendant Diamondback E&P, LLC for actual damages; fees and charges; attorney's fees; costs; interest as provided by law; and for such other and further relief at law and at equity to which Plaintiff may be justly entitled.

Respectfully submitted,

**MEHAFFY WEBER, P.C.**

By: /s/ *Konor Cormier*
    Konor Cormier
    Texas Bar No. 24040731
    500 Dallas, Suite 2800
    Houston, Texas 77002
    Phone: 713.655.1200
    Fax: 713.655.0222
    Email: konorcormier@mehaffyweber.com

Attorneys for Granite Peak Fabrication, LLC